**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Frank Edwards and
Richard A. Peterson,

Plaintiffs,

v.

Civ. No 00-884(RHK/JMM)
**ORDER**

Tower Asphalt, Inc., and
Teamsters Local 221,

Defendants.

---

The above-captioned matter is hereby **REFERRED** to Magistrate Judge John M. Mason for a Report and Recommendation on the following Motions: (1) Defendant Teamsters Local 221's Motion to Dismiss or, in the Alternative, for Summary Judgment; (2) Defendant Tower Asphalt, Inc.'s Motion to Dismiss or, in the Alternative, for Summary Judgment; and (3) the Plaintiffs' Motion for Summary Judgment.

Judge Mason is also requested to resolve the following non-dispositive motions filed by the Plaintiffs: (1) Motion for Appointment of Counsel; (2) Motion to Proceed In Forma Pauperis; and (3) Motion for a Continuance.

The hearing scheduled before the undersigned on August 11, 2000, is **CANCELED**.

Dated: August 8, 2000

RICHARD H. KYLE
United States District Judge

FILED AUG 08 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________