UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

FRANK EDWARDS,
RICHARD A. PETERSON,

CIVIL NO. 00-884 (RHK/JMM)

Plaintiff,

v.

ORDER

TOWER ASPHALT, INC.
TEAMSTERS LOCAL #221,

Defendant.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge John M. Mason dated November 9, 2000. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

IT IS HEREBY ORDERED that

1. Defendants' Motions to Dismiss [Docket Nos. 3, 11] are granted.
2. Plaintiffs' Motions for Summary Judgment [Docket No. 8, 14] are denied.
3. Plaintiffs' Motion to Commence Discovery [Docket No. 33] is denied as moot.

DEC 06 2000
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

4. Plaintiffs may file an Amended Complaint within thirty (30) days of the date of this Order. If Plaintiffs do not file an Amended Complaint within those thirty (30) days, the Complaint shall be dismissed without prejudice.

Dated: 12/06/00

RICHARD H. KYLE
United States District Judge