UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

FRANK EDWARDS and
RICHARD A. PETERSON,

Plaintiffs,

v.

TOWER ASPHALT, INC. and
TEAMSTERS LOCAL #221,

Defendants.

CIVIL NO. 00-884 (RHK/JMM)

ORDER

Plaintiffs' "Motion for Extension of Time" [Docket No. 42] is denied. Plaintiffs seek an extension of time to respond to the Answers file by each of the Defendants. No response to such a pleading is required.

It is to be hoped that Plaintiffs will retain legal counsel to represent them in this action. See, e.g. Schooley v. Kennedy, 712 F.2d 372, 373 (8th Cir.1983): "Although pro se pleadings are to be construed liberally, pro se litigants are not excused from compliance with relevant rules of the procedural and substantive law."

Dated: February 7, 2001

JOHN M. MASON
United States Magistrate Judge

FEB 07 2001