**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Frank Edwards and Richard A. Peterson,

Plaintiffs,

vs.

Tower Asphalt, Inc. and Local #221
Teamsters,

Defendants.

Civil No. 00-884 (RHK/JMM)

**ORDER**

---

Defendant Teamsters Local 221's Motion for Summary Judgment is referred to Magistrate Judge John M. Mason for a recommended disposition. The March 12, 2001 hearing before the undersigned is **CANCELED**. Judge Mason will advise the parties of a new hearing date. This Order does not alter the current briefing schedule.

Dated: February 15, 2001

RICHARD H. KYLE
United States District Judge

FEB 15 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK