UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

FRANK EDWARDS and
RICHARD A. PETERSON,

Plaintiffs,

v.

TOWER ASPHALT, INC. and
TEAMSTERS LOCAL #221,

Defendants.

CIVIL NO. 00-884 (RHK/JMM)

ORDER/NOTICE OF HEARING

By Order dated February 15, 2001, the District Court has referred Defendant Teamsters Local 221's Motion for Summary Judgment to the undersigned. Defendant Tower Asphalt, Inc.'s Motion for Summary Judgment will also be heard before the undersigned at the same time.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED:

1. Plaintiffs shall serve and file a separate response to each Defendants' Motion for Summary Judgment on or before March 5, 2001;

2. Defendants may serve and file a Reply on or before March 7, 2001;

3. Oral argument will be held before the undersigned on March 12, 2001 at 2:00 p.m. in Courtroom 628B, Federal Courts Building, 316 North Robert Street, St. Paul, Minnesota.

Dated: February 16, 2001

JOHN M. MASON
United States Magistrate Judge

FEB 16 2001