UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

FRANK EDWARDS and
RICHARD A. PETERSON,

Plaintiffs,

v.

TOWER ASPHALT, INC. and
TEAMSTERS LOCAL #221,

Defendants.

CIVIL NO. 00-884 (RHK/JMM)

NOTICE OF HEARING/ORDER

By agreement of counsel for all Parties, oral argument on Defendant Teamsters Local 221's Motion for Summary Judgment and Defendant Tower Asphalt, Inc.'s Motion for Summary Judgment has been rescheduled to commence before the undersigned on May 22, 2001 at 10:00 a.m. in Courtroom 628B, Federal Courts Building, 316 North Robert Street, St. Paul, Minnesota.

Plaintiffs have retained Colette A. Medas-Forbes, Esq., 425 20th Avenue South, Suite 307, Minneapolis, MN 55454, to represent them. Ms. Medas-Forbes shall promptly cause a Notice of Appearance to be served and filed.

Dated: April 18, 2001

JOHN M. MASON
United States Magistrate Judge

APR 18 2001