# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Frank Edwards and Richard A. Peterson — Case No. Civil 00-884 RHK/JMM

Plaintiff

v. — **JUDGMENT IN A CIVIL CASE**

Tower Aspalt, Inc. and
Teamsters Local #221

Defendants

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** Defendant Tower Asphalt's motion for summary judgment and Defendant Teamster's motion for summary judgment are granted insofar as they seek dismissal of the amended complaint and the amended complaint is dismissed without prejudice. Plaintiff's motion for partial summary judgment is denied.

DATE: June 26, 2001

FRANCIS E. DOSAL, CLERK

Victoria Moralez

Victoria Moralez, Deputy Clerk